Wavyzelle Abner, appellee, v. Gregor Sido, appellant.

Opinion filed September 19, 1932.
James L. Reed and Wm. G. Burroughs, for appellant; Williamson, Burroughs & Simpson, of counsel. Geers & Geers, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.